# Third District Court of Appeal
## State of Florida

Opinion filed October 8, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0653
Lower Tribunal No. F06-20955
_____


**Juan Enrique Jorge,**
Appellant,

vs.

**State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Clayton R. Kaeiser, for appellant.

James Uthmeier, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for appellee.


Before LOGUE, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Wainwright v. State</u>, 411 So. 3d 392 (Fla. 2025), <u>cert. denied sub nom.</u> <u>Wainwright v. Florida</u>, No. 24-7365, 2025 WL 1621505 (U.S. June 9, 2025); <u>Spikes v. State</u>, 414 So. 3d 440 (Fla. 3d DCA 2025); <u>Arias v. State</u>, 413 So. 3d 999 (Fla. 3d DCA 2025).